UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-476-T-17CPT

VICTORIA WELLS BLAIR
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Motion for Reconsideration of Order Establishing Conditions of Pretrial Release. (Dkt. 45.) A hearing on this matter was held before the undersigned on April 17, 2018. Neither the Government nor Pretrial Services objects to the removal of the condition of GPS monitoring for the duration of Defendant's travel to Orlando, Florida. Upon consideration, and for the reasons stated on the record at the hearing, it is **ORDERED** that Defendant's Motion for Reconsideration of Order Establishing Conditions of Pretrial Release (Dkt. 45) is **GRANTED** in part and **DENIED** in part. Defendant is permitted to travel to Orlando, Florida, from April 20, 2018, to April 22, 2018, without being subject to GPS monitoring during that time. Defendant shall report to Pretrial Services by April 20, 2018, prior to her departure, to remove the GPS unit, and again on April 23, 2018, by noon, to re-attach the GPS unit. Additionally, Defendant is directed to inform Pretrial Services in advance of the exact location where she will be staying and her travel itinerary.

**DONE** and **ORDERED** in Tampa, Florida, on April 17, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record